**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEROME LIVINGSTON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 12-6467** |
| | : | |
| **C.F.C.F. COUNTY PRISON** | : | |

## ORDER

**AND NOW**, this 30th day of May, 2013, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 8), the Report and Recommendation filed by United States Magistrate Judge M. Faith Angell, and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1.    The Report and Recommendation of Magistrate Judge Angell is **APPROVED** and **ADOPTED**;

2.    The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3.    There is no probable cause to issue a certificate of appealability.


                                        /s/Timothy J. Savage
                                        TIMOTHY J. SAVAGE,  J.